IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON LEWIS,

    Plaintiff,

vs.

HILTON HOTELS CORPORATION, et al.,

    Defendants.

No. CIV S-06-1732 GEB KJM PS

ORDER

/

    A status conference was held in this matter on February 28, 2007 before the undersigned. Charles Jenkins appeared for defendants. Counsel advised the court the matter has settled. Accordingly, IT IS HEREBY ORDERED that:

    1. Notice of settlement shall be filed no later than March 2, 2007.

    2. Dispositional documents shall be filed within forty-five days from the date of this order.

DATED: March 1, 2007.

_____
U.S. MAGISTRATE JUDGE

006
lewis.oas

1